IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| ANTHONY OLIVER, individually and on behalf of a class of similarly situated individuals, ) ) ) | |
| *Plaintiff*, ) ) | |
| v. ) ) | No: 1:18-cv-05998 |
| COMPASS GROUP USA, INC., D/B/A/ Canteen, a Delaware Corporation, ) ) ) | |
| *Defendant*. ) | |

**STIPULATION OF CASE DISMISSAL**

IT IS HEREBY STIPULATED by and between Plaintiff Anthony Oliver and Defendant Compass Group USA, Inc., d/b/a Canteen, through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice as to Plaintiff's individual claims against Defendant and without prejudice as to the claims, if any, of the members of the putative class.

IT IS SO STIPULATED.

| PLAINTIFF | DEFENDANT |
|---|---|
| ANTHONY OLIVER | COMPASS GROUP USA, INC., D/B/A CANTEEN |
| By: /s/ Eugene Y. Turin<br>One of his attorneys | By: /s/ Joseph C. Wylie II<br>One of its attorneys |
| Eugene Y. Turin<br>MCGUIRE LAW, P.C.<br>55 W. Wacker Drive, 9th Fl.<br>Chicago, IL 60601<br>Tel: (312) 893-7002<br>eturin@mcgpc.com | Joseph C. Wylie II<br>Alexandria D. Bond<br>K&L GATES LLP<br>70 West Madison Street, Suite 3300<br>Chicago, Illinois 60602-4207<br>Telephone: (312) 372-1121<br>Facsimile: (312) 827-8000<br>joseph.wylie@klgates.com |

1

lexi.bond@klgates.com

Paul W. Sweeney Jr. (*Pro Hac Vice*)
K&L GATES LLP
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067
paul.sweeney@klgates.com