## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Anthony Oliver

                              Plaintiff,

v.                                                      Case No.: 1:18−cv−05998

                                                                    Honorable John J. Tharp Jr.

Compass Group USA, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 5, 2019:

      MINUTE entry before the Honorable John J. Tharp, Jr:Upon receipt of the parties' joint stipulation of dismissal [27] pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all future hearings and deadlines are stricken and all pending motions are denied as moot. Civil case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.